AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>DEANDRE SHAWN BURGESS,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 18-8491-WM |

FILED by ___ D.C.
NOV 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 27, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Possession of a firearm by a prohibited person – convicted felon. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy D. Trenschel, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 27, 2018

_____
*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Your affiant, Tim Trenschel, first being duly sworn, does hereby depose and state as follows:

## Introduction

1.     Your affiant is employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) of the United States Department of Justice, and has been so employed since 2005. Prior to this, your affiant was a metropolitan police officer in Lexington, Kentucky, for over five years. During his tenure with ATF, your affiant has received specialized training regarding the investigation and enforcement of Federal Firearms violations.

2.     This affidavit is made in support of a Criminal Complaint and Arrest Warrant charging **DEANDRE SHAWN BURGESS**, year of birth – 1993, (hereinafter BURGESS) with possession of a firearm by a prohibited person – convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3.     This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause. No information known to me that would tend to negate probable cause has been withheld from this affidavit.

## Probable Cause

4.     On Saturday, October 20, 2018, at approximately 1:30 am, the West Palm Beach Police Department was dispatched to the intersection of Banyan Boulevard and N. Australian Avenue in reference to vehicle accident with fatalities. Officers responded to the accident scene

and assisted several occupants of a black Nissan sedan which was involved in the accident and had caught fire.

5. The backseat passenger, BURGESS was removed from the black Nissan sedan. BURGESS was conscious and talking; however, he was removed from the vehicle and seated nearby to allow for a check of his medical condition. As he was seated, officers observed the grip of a black and silver semi-automatic pistol protruding from his left pants pocket. The firearm was later identified as a Kahr CW45 .45 ACP pistol, with serial number SD0892, and loaded with approximately six rounds of ammunition - including one (1) round loaded in the chamber. The gun was so firmly stuck in BURGESS' pocket. Such that his pocket was cut open by first responders in order to remove the firearm. All of which was captured on video via a body-worn camera.

6. I conducted a criminal history check that revealed BURGESS was convicted of Delinquent in Possession of a Firearm, a felony, in the 15th Judicial Circuit Court in and for Palm Beach County, Florida on October 23, 2012. BURGESS was later convicted of Grant Theft of a Motor Vehicle and Burglary of a Conveyance, both felonies, in the 15th Judicial Circuit Court in and for Palm Beach County, Florida on July 24, 2013. Additionally, I previously arrested BURGESS in July 2017 on this very same charge. Specifically, I obtained a criminal complaint and arrest warrant on July 10, 2017, from the Honorable William Matthewman, United States Magistrate Judge (17-MJ-08271-WM) charging BURGESS with possession of a firearm by a prohibited person – convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). BURGESS was arrested and later pled guilty on August 18, 2017, before the Honorable James I. Cohn, United States District Court Judge (17-CR-80147-JIC). BURGESS was then sentenced to fifteen months in prison, followed by two years of supervised release on October 18, 2017.

According to a records check of publically available information released by the Federal Bureau of Prisons, BURGESS (USMS Register # 16287-104) was released from custody on August 14, 2018, and then began his term of supervised release during which this offense occurred.

7. I am aware that the Kahr CW45 .45 ACP pistol is manufactured outside of the State of Florida, and has therefore traveled in foreign or interstate commerce.

8. Based on the foregoing, your affiant believes probable cause exists that **DEANDRE SHAWN BURGESS**, on or about October 20, 2018, did commit a federal offense, that is, possession of a firearm by a prohibited person – convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Tim Trenschel
Special Agent, ATF

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 27th DAY OF NOVEMBER, 2018,
AT WEST PALM BEACH, FLORIDA,
SOUTHERN DISTRICT OF FLORIDA.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** DEANDRE SHAWN BURGESS

**Case No.:** 18-8491-WM

**Counts # 1:**

Possession of a firearm by a prohibited person – convicted felon.

Title 18, United States Code, Sections 922(g)(1)

**\*Max. Penalty:** 10 Year's Imprisonment; 3 Year's Supervised Release; $250,000 Fine and $100 Special Assessment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8491-WM

UNITED STATES OF AMERICA

v.

DEANDRE SHAWN BURGESS,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes ✓ No

                          Respectfully submitted,

                          ARIANA FAJARDO ORSHAN
                          UNITED STATES ATTORNEY

BY: _____
       Adam C. McMichael
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 0772321
       500 South Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel:    561-820-8711
       Fax:   561-820-8777
       Email: Adam.mcmichael@usdoj.gov